■ In the Matter of RONNIE COVINGTON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [986 NYS2d 373]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered Oct. 23, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL F.-S., Appellant. (Appeal No. 1.) [986 NYS2d 372]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered May 15, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL F., Appellant. (Appeal No. 2.) [986 NYS2d 372]—Appeal from an adjudication of the Supreme Court, Erie County (M. William Boller, A.J.), rendered May 15, 2012. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL F., Appellant. (Appeal No. 3.) [986 NYS2d 372]—Appeal from an adjudication of the Supreme Court, Erie County (M. William Boller, A.J.), rendered May 15, 2012. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ In the Matter of LEVON D. MASICH, Appellant, v ERICA PETERMAN, Respondent. [986 NYS2d 373]—Appeal from an order of the Family Court, Erie County (Rosalie S. Bailey, J.), entered May 3, 2012 in a proceeding pursuant to Family Court Act